IN THE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/10
```

UNITED STATES OF AMERICA, §
§
    Plaintiff/Respondent, § CIV. NO.: 09 CIV. 5544 (KMW)
§
v. § CRM. NO.: 01 Cr. 245 (KMW)
§
RAY ARGENTINA, §
§
    Defendant/Petitioner. §
§

### ORDER ~~(proposed)~~

It is hereby ORDERED that for good cause shown, Petitioner's Motion for an extension of time is granted. The Petitioner's Reply Brief is now due to be filed on or before  April 21 , 2010.

### SO ORDERED

Dated: 3 - 15 , 2010            /s/ Kimba M. Wood
                                             Kimba M. Wood
                                             U.S.D.J.

**COPIES MAILED**

(7)