USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/7/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA

-against

RAY ARGENTINA,

Defendant.
---------------------------------------------------------------x

**ORDER**
01 CR 245 (KMW)

KIMBA M. WOOD, District Judge:

The Government shall respond to the defendant's June 29, 2026, Motion to Modify Restitution Payment Schedule by July 29, 2026.

SO ORDERED.

Dated: New York, New York
July 8, 2026

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE